■ In the Matter of NORMAN STIER, a Disbarred Attorney. [648 NYS2d 905] —Motion to confirm the Report and Recommen-

dation of the Hearing Panel and reinstate petitioner as an attorney and counselor-at-law in the State of New York is denied. No opinion. Concur—Murphy, P. J., Rosenberger, Ellerin, Rubin and Mazzarelli, JJ.